# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                      CASE NO: 3:00CR18-001\LAC

JEFFERY HEATH SIMPLER,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 Motion (doc 110) advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing.  The Court finds that a reduction is proper to reward his substantial assistance to the Government in the prosecution of others.

Defendant's sentence of confinement is, therefore, reduced on Count I from 264 months to 102 months.  Count 2 shall remain 60 months to run consecutive to the sentence on Count 1.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 27 July 2000 shall remain unchanged.

**ORDERED** this 23rd day of November 2005.

                                                *s/L.A. Collier*
                                               LACEY A. COLLIER
                                       Senior United States District Judge