# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:00cr18LAC

JEFFREY HEATH SIMPLER

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___October 17, 2005_____
Motion/Pleadings: ___MOTION FOR CONSIDERATION_____
Filed by DEFENDANT_____ on 10/3/05_____ Doc.# 109_____
RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

_____                        /s/ /Mary Maloy_____
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of November, 2005, that:*

*(a) The relief requested is **DENIED.   MOOT.***

*(b) See Doc. 111.*

_____

_____


                                          s/L.A. Collier
                                  _____
                                          **LACEY A. COLLIER**
                                  ***United States District Judge***



Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

                        Document No.